UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAINBOW COMPUTERS CORP.,<br><br>　　　　Defendant. | Case No.19-cv-05807-NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 36 |

　　The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  The Clerk of the Court is directed to administratively close this case.  Any party may move to reopen the case, provided that such motion is filed by January 22, 2021.  All scheduled dates are VACATED.

　　The Court retains jurisdiction over this case until January 22, 2021.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

　　**IT IS SO ORDERED.**

Dated:  September 16, 2020


_____
NATHANAEL M. COUSINS
United States Magistrate Judge